USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

- against -

NICHOLAS DEFONTE,

                Defendant.
------------------------------------X

05 Cr. 434 (DAB)
MEMORANDUM & ORDER

DEBORAH A. BATTS, United States District Judge.

    A trial date in this matter has been set for Monday, March 13, 2006 at 9:30 a.m.

    The parties shall submit their proposed Voir Dire requests to the Court no later than Monday, February 27, 2006 at 4:00 PM. Such requests must include: (1) the names of all the people sitting at counsel table during the trial; (2) a list of all witnesses who will testify and a list of all the individuals whose name or identity might arise at trial; and (3) if applicable, the names and addresses of any place whose name or description might be raised at the proceedings.

    The Government shall submit its proposed Requests to Charge to the Court and to Defendant no later than Monday, February 27, 2006, at 4:00 p.m. In accordance with this Court's Individual Practices regarding Criminal Trial Rules and Procedures, the Defendant shall respond to the Government's proposed Requests to Charge by Monday, March 6, 2006, at 4:00 p.m. The Requests to

Charge shall be submitted both in two hard copies and on disk in WordPerfect.

SO ORDERED.

Dated: New York, New York
January 31, 2006

_____
DEBORAH A. BATTS
United States District Judge